UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEM CARES, INC., a California non-profit public benefit corporation; and KERRI KASEM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMERON GLENAR, an individual; ROSE STREET PRODUCTIONS, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>CAMERON GLENAR, an individual; ROSE STREET PRODUCTIONS, LLC, a California limited liability company,<br><br>Counter-claimants,<br><br>vs.<br><br>KASEM CARES, INC., a California non-profit public benefit corporation; and KERRI KASEM, an individual; and ROES 1- 25, inclusive,<br><br>Counter-Defendants. | CASE NO.: 8:16-CV-02033-JVS-DFM<br><br><u>Assigned For All Purposes to:</u><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

**1**
**[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE**

## Order

The Court, having considered the parties' Joint Stipulation, hereby ORDERS that the above-captioned action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: August 21, 2017                    By: _____
                                          Honorable James V. Selna